RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for EHREN BROSE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>EHREN BROSE,<br><br>        Defendant. | Case No. 3:23-cr-00017-MMD-CLB<br><br>**ORDER APPROVING UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**[1] |

      Ehren Brose hereby moves to modify the conditions of his release to allow him to go camping near Burney Falls, California on August 30–September 1, 2024. *See* 18 U.S.C. §§ 3142(c)(3), 3145(a)(2) (permitting modification of pretrial release conditions). U.S. Pretrial Services does not oppose this request. Nor does the government.[2]

      Following his initial appearance, this Court released Mr. Brose on a personal recognizance bond. ECF No. 11. That bond subjects Mr. Brose to location monitoring and a curfew. *Id.* at 6. Mr. Brose has complied with those and all other conditions of release since beginning pretrial supervision on April 21, 2023.

---

    [1] This motion is timely filed, no deadline applicable.

    [2] Given that the government does not oppose this motion, Mr. Brose believes it is suitable for resolution without a hearing.

While on pretrial supervision, Mr. Brose has also had multiple—and successful—temporary modifications of these conditions:

- In July 2023, Mr. Brose requested (and the Court granted) a modification temporarily removing those conditions to go camping with his immediate family at Frenchman Lake, California, in August 2023. *See* ECF Nos. 17, 18. His pretrial services officer reports that Mr. Brose had "no issues at all" with that travel.

- In January 2024, Mr. Brose requested (and the Court granted) a modification temporarily removing the same conditions to spend one night at the Peppermill Resort Hotel in Reno, Nevada, in connection with a work event for his wife. *See* ECF Nos. 22, 26. He similarly had no issues with that travel.

- In March 2024, Mr. Brose requested (and the Court granted) a modification temporarily modifying the same conditions to allow Mr. Brose to assist his father in driving a car down to Arizona. *See* ECF Nos. 28, 29. He similarly had no issues with that travel.

- In June 2024, Mr. Brose requested (and the Court granted) a modification temporarily modifying the same conditions to allow Mr. Brose to attend his brother's wedding. *See* ECF Nos. 33, 34. He similarly had no issues with that travel.

- In early July 2024, Mr. Brose requested (and the Court granted) a modification temporarily modifying the same conditions to allow Mr. Brose to engage in overnight work travel to Winnemucca and Lovelock. *See* ECF Nos. 35, 36. He similarly had no issues with that travel.

- In late July 2024, Mr. Brose requested (and the Court granted) a modification temporarily modifying the same conditions to allow Mr. Brose to go swimming near his home and camping in the Grass Valley area of California. *See* ECF Nos. 37, 38. He similarly had no issues with that travel.

- In mid-August 2024, Mr. Brose requested (and the Court granted) a modification temporarily modifying the same conditions to allow Mr. Brose to go camping near Sacramento, California. *See* ECF Nos. 39, 40. He similarly had no issues with that travel.

Mr. Brose now seeks to similarly modify the conditions of his pretrial release to permit him to go camping August 30–September 1. He hopes to spend quality summer time with his loved ones. Mr. Brose understands from his pretrial services officers that modification to his conditions of pretrial release is necessary to permit these activities given his bond's location

monitoring and curfew condition. As a result, Mr. Brose is seeking Court approval to engage in such travel.

Should the Court grant his request, Mr. Brose also asks the Court to authorize his pretrial services officer to remove Mr. Brose's location-monitoring device in connection with this trip. *See* ECF Nos. 17, 18 (Mr. Brose making and the Court granting similar request); ECF Nos. 22, 26 (same); ECF Nos. 33, 34 (same); ECF Nos. 37, 38 (same); ECF Nos. 39, 40 (same). Mr. Brose may be exposed to water while camping on August 30–September 1, and does not wish to damage his location-monitoring device's sensitive electronics while doing so. If the Court authorizes the device's temporary removal, Mr. Brose will coordinate with his pretrial services officer to remove the device a business day before the trip itself (August 29), and to re-place the device the business day following his return (September 2), or otherwise as soon as Pretrial Services is able.

This Court can "amend the [pretrial release] order to impose additional or different conditions of release" "at any time." 18 U.S.C. § 3142(c)(3). As a result, Mr. Brose asks this Court to:

1. modify his conditions of pretrial release to permit him to engage in the above camping; and
2. authorize the temporary removal of his location-monitoring device for the pendency of any such trip.

DATED this August 27, 2024.

By: */s/ Sean A. McClelland*
SEAN A. MCCLELLAND
Assistant Federal Public Defender

**IT IS SO ORDERED.**

**DATED** this 28th day of August, 2024.

CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

3