SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
ANDREW KEENAN
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andrew.Keenan@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>EHREN BROSE,<br><br>         Defendant. | Case No. 3:23-cr-00017-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL [ECF #49]**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through SUE FAHAMI, Acting United States Attorney for the District of Nevada, ANDREW KEENAN, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and SEAN A. MCCLELLAND, Assistant Federal Public Defenders, counsel for Defendant Ehren Brose, to extend the time in which the Government's Response to the Defendant's Motion to Compel [ECF #49] is due from February 11, 2025, to **February 25, 2025**. Defendant's Replies to the Government's Response would be then due on **March 4, 2025**. This is the first request for an extension. Trial is currently set for September 9, 2025. Government counsel is respectfully requesting an additional two weeks to file its response due to government counsel's other obligations.

1  As such, the parties are stipulating to an extension of the Government's response due date
2  from February 11, 2025, to **February 25, 2025**. Additionally, the parties are stipulating that
3  Defendant will have until **March 4, 2025**, to file his reply. The additional time requested for
4  the filing of the response is requested mindful of the current trial date on September 9, 2025,
5  the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

7  DATED: February 6, 2025.

| | |
|---|---|
| SUE FAHAMI<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Andrew Keenan*<br>ANDREW KEENAN<br>Assistant United States Attorney | */s/ Sean A. McClelland*<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for Ehren Brose |

IT IS SO ORDERED.

DATED: This 10th day of February, 2025.

HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE